1  RICHARD ZIEMAN (CSB 230832)
   254 MILLER AVE., SUITE A
2  MILL VALLEY, CA 94942-1739
   Telephone: (415) 388-3800
3  Facsimile: (415) 388-1060
   Email: Zieman@ssalawca.com
4  Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MANJU SHARMA,<br>　　　Plaintiff,<br>　　vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>　　　Defendant | Case No.: CV-11-0551 WHA<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO SUBMIT MOTION FOR SUMMARY JUDGMENT OR REMAND. |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of 30 days in which to file Plaintiff's Motion for Summary Judgment. Pursuant to Civil L.R. 16-1(e). Plaintiff's Motion is now due on July 11, 2011.

//
//
//
//
//
//
//

1 | This is Plaintiff's first request.
2
3 | DATED: June 5, 2011                    Richard Zieman /s/
4                                          Richard Zieman
5                                          Attorney for Plaintiff
6
7
8 | DATED: 6/8/11                          [signature]
9                                          Shea Bond,
10                                         Specialist Assistant U.S. Attorney
11
12
13 | PURSUANT TO STIPULATION, IT IS SO ORDERED:
14
15
16
17 | DATED: June 8, 2011.                   [signature]
18                                         WILLIAM ALSUP
19                                         United States District Judge
20
21
22
23
24
25
26
27
28