MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER CSBN 260690
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0135
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MANJU SHARMA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 3:11-cv-551 WHA <br><br> **STIPULATION FOR EXTENSION OF TIME AND ~~PROPOSED~~ ORDER** |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Opening Brief up to and including September 9, 2011. The response is currently due on August 10, 2011. This extension is being sought because the undersigned attorney for the Commissioner was unable to complete the Commissioner's brief within the original time frame due to a heavy work load and the unavoidable transfer of assignments from other attorneys. Pursuant to the scheduling order, Plaintiff shall still be permitted to reply to Defendant's response up to an including September 23, 2011.

1
2    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.
3    **No more extensions will be allowed.**
4                                                    Respectfully submitted,
5                                                    */s/ Richard Paul Zieman*
     Dated: August 9, 2011                           _____
6                                                    Richard Paul Zieman
                                                     (as authorized by email)
7                                                    Attorney at Law
                                                     Attorney for Plaintiff
8
9    Dated: August 9, 2011                           MELINDA L. HAAG
                                                     United States Attorney
10                                                   DONNA L. CALVERT
                                                     Acting Regional Chief Counsel, Region IX
11                                                   Social Security Administration
12                                  By:
13                                                   */s/ Patrick William Snyder*
                                                     _____
14                                                   PATRICK WILLIAM SNYDER
                                                     Special Assistant U.S. Attorney
15                                                   Attorneys for Defendant

16
                                             **ORDER**
17
18          APPROVED AND SO ORDERED **AS MODIFIED**.

19
                                                     IT IS SO ORDERED
20   DATED: August 9, 2011.                          AS MODIFIED
                                                     _____
21                                                   WILLIAM ALSUP
                                                     UNITED STATES DISTRICT COURT JUDGE
22
                                                     Judge William Alsup
23
24
25
26
27