IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANJU SHARMA,

        Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

No. C 11-00551 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order denying plaintiff's motion for summary judgment and granting defendant's motion for summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: October 11, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE